UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OMAR ROSALES on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER CO.; and DOES 1-100,<br><br>Defendants. | Case No.   8:21-cv-00796-JLS-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO FILE RESPONSIVE PLEADING AND GRANT PLAINTIFF'S LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

Good cause having been shown, based on the Parties' signed Stipulation (Doc. 12), the Court hereby orders as follows:

1. Defendant's responsive pleading deadline shall be extended from May 5, 2021 to May 24, 2021;
2. Plaintiff shall have until May 17, 2021 to file a First Amended Complaint; and
3. Defendant shall be permitted the appropriate statutory period under the FRCP to respond to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Dated:   May 07, 2021

Hon. Josephine L. Staton
United States District Judge