David Mara, Esq. (SBN 230498)
Email: dmara@maralawfirm.com
Jill Vecchi, Esq. (SBN 299333)
Email: jvecchi@maralawfirm.com
**MARA LAW FIRM, PC**
2650 Camino Del Rio North, Suite 205
San Diego, California 92108
Telephone: (619) 234-2833
Facsimile: (619) 234-4048

Mohamed Eldessouky, Esq. (SBN 289955)
Email: mohamed@eldessoukylaw.com
**ELDESSOUKY LAW**
17139 Bellflower Blvd, Suite 202
Bellflower, California 92808
Telephone: (562) 461-0995
Facsimile: (562) 461-0998

Attorneys for Plaintiff OMAR ROSALES,
on behalf of himself, all others similarly situated,
and on behalf of the general public

(Additional Counsel on Following Page)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| OMAR ROSALES on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER CO.; and DOES 1-100,<br><br>Defendants. | Case No. 8:21-cv-00796-JLS-KES<br><br>**JOINT STIPULATION TO VOLUNTARILY DISMISS ALL CLAIMS AGAINST ALL DEFENDANTS WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Filed: March 24, 2021<br>Removed: April 28, 2021<br>Final Pretrial Conference: June 16, 2023 |

Nate J. Kowalski, Esq. (SBN 181136)
Email: NKowalski@aalrr.com
Amber S. Healy, Esq. (SBN 232730)
Email: AHealy@aalrr.com
Lauren S. Gafa, Esq. (SBN 316896)
Email: Lauren.Gafa@aalrr.com
**ATKINSON, ANDELSON, LOYA, RUDD & ROMO**
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Facsimile: (562) 653-3333

Attorneys for Defendant THE KROGER CO.

      Plaintiff Omar Rosales ("Plaintiff") and Defendant The Kroger Co. ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties") hereby stipulate by and between themselves:

      WHEREAS, Plaintiff filed this action in the Orange County Superior Court on March 24, 2021 against Defendant.

      WHEREAS, on April 28, 2021, Defendant filed a Notice of Removal of Civil Action to Federal Court Under 28 U.S.C. §§ 1332(d), 1441, 1446, and 1453.

      WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing: . . . (ii) a stipulation of dismissal signed by all parties who have appeared."

      WHEREAS, all Parties who have appeared in this action join in on this stipulation of dismissal.

      WHEREAS, no class has been certified in this matter, no notice has been sent out to putative class members previously, the Parties are unaware of any publicity of this case, the Parties are unaware of any putative class member who failed to file a suit due to this action, and no putative class members will be bound by this dismissal.

      WHEREAS, Plaintiff is not receiving any compensation for this dismissal.

      NOW, THEREFORE, the Parties hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action be voluntarily dismissed as to all causes of action against all defendants without prejudice.

**IT IS SO STIPULATED.**

Dated: March 16, 2022        **MARA LAW FIRM, PC**

                                    /s/ *Jill Vecchi*
                                    David Mara, Esq.
                                    Jill Vecchi, Esq.
                                    Attorneys for Plaintiff OMAR ROSALES

Dated: March 16, 2022

**ATKINSON, ANDELSON, LOYA, RUDD & ROMO**

/s/ *Amber S. Healy*
Nate J. Kowalski, Esq.
Amber S. Healy, Esq.
Lauren S. Gafa, Esq.
Attorneys for Defendant THE KROGER CO.

I attest that all signatories listed above, and on whose behalf this Joint Stipulation to Dismiss Without Prejudice is submitted, have concurred in and authorized the filing of the Stipulation.

/s/ *Jill Vecchi*
Jill Vecchi, Esq.